Olinsky Law Group
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL  32817

Telephone: 315-701-5780, Fax: 315-701-5781

September 13, 2023

*Document Electronically Filed*
Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    Lewis v. Commissioner of Social Security
               <u>Docket No: 1:23-cv-05004-VF</u>

Hon. Judge Figueredo:

      This letter respectfully requests an extension of time of sixty-one (61) days for Plaintiff to file Plaintiff's Brief in this matter, to November 20, 2023. Plaintiff's Brief is currently due on September 20, 2023; however, Plaintiff cannot complete the Brief on time.

      Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to properly and thoroughly prepare Plaintiff's brief. For instance, between September 15, and November 15, 2023, staff in Counsel's office have two hundred and two (202) Plaintiff briefs due. This figure does not include Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to thoroughly and properly prepare the brief.

      Plaintiff's counsel has contacted defense counsel who kindly has no objection to this request. This request will not cause Defendant any undue hardship. The parties have agreed on the below briefing schedule.  This would be a first request for an extension of time in this matter.

      If Plaintiff's request is granted, the new briefing schedule would be:

- **<u>Plaintiff's Brief is due on or before November 20, 2023;</u>**
- **<u>Defendant's Brief is due on or before January 19, 2024; and</u>**
- **<u>Plaintiff's Reply Brief, if any, is due on or before February 9, 2024.</u>**

//
//

Thank you for your consideration.

                                                  Respectfully submitted,

                                                  */s/ Howard D. Olinsky*

                                                  Howard D. Olinsky, Esq.
                                                  Counsel for Plaintiff

CC [via ECF]: Jonathan King, Esq., Counsel for Defendant

**SO ORDERED.**

Dated:  September 14, 2023                                                  _____
                                                                      **U.S. Magistrate Judge**

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12