**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DANIEL LEWIS,

                Plaintiff,                23 **CIVIL** 5004 (VF)

      -v-                              **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 16, 2024, that the final decision of the Commissioner of Social Security ("Commissioner") be reversed, and the above-captioned action be remanded under sentence four of 42 U.S.C. §405(g). Section 405(g) provides that the Court has the power "to enter, upon the pleadings and transcript of record, a judgment affirming, modifying or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**Dated:**  New York, New York

      January 19, 2024

                                                   **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                               **BY:**
                                                    **Deputy Clerk**